AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

United States of America
v.
**BLAKE KELLY,**

Defendant.

Case No. **23-60118-CR-RUIZ/STRAUSS**

FILED BY ___KAN___ D.C.
Jun 14, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **BLAKE KELLY**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Wire Fraud, in violation of Title 18, United States Code, Section 1349; Wire Fraud, in violation of Title 18, United States Code, Section 1343 and Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028(a)(1).

Date: 6/14/23

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By: Kayla Allen, Deputy Clerk
Date: Jun 14, 2023

*Issuing officer's signature*

City and state: Miami, Florida

Angela E. Noble, Clerk of Court / Court Administrator
*Printed name and title*

---

### Return

This warrant was received on *(date)* June 14 2023, and the person was arrested on *(date)* 8/9/2023
at *(city and state)* Virginia Beach, VA.

Date: 8/10/2023

FILED IN OPEN COURT
AUG 10 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

*Arresting officer's signature*

Emily Fertitta   Special Agent
*Printed name and title*